FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 NOV -9  AM 11: 55

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-1841 KG |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 1201(a)(1): |
| ) | Kidnapping; |
| **JEFFREY STEVEN CLAY,** ) | |
| ) | Count 2: 18 U.S.C. § 2421(a): |
| Defendant. ) | Transportation for Illegal Sexual Activity. |

### INDICTMENT

The Grand Jury charges:

#### Count 1

From on or about August 4, 2021, and continuing to on or about August 5, 2021, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JEFFREY STEVEN CLAY**, unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away, and held Jane Doe for some purpose and benefit, and, in committing and in furtherance of the commission of the offense, willfully transported Jane Doe in interstate commerce from El Paso, Texas, to Anthony, New Mexico.

In violation of 18 U.S.C. § 1201(a)(1).

#### Count 2

On or about August 4, 2021, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **JEFFREY STEVEN CLAY**, knowingly transported Jane Doe in interstate commerce with intent that any sexual activity for which any person can be charged with a criminal offense occur.

In violation of 18 U.S.C. § 2421(a).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
11/8/2022 10:55 AM